COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, ss | CAMBRDIGE DISTRICT COURT |

_____
                                                    )
SANDRA WOOD,                      )
    Plaintiff,                              )       CIVIL ACTION. NO.
                                                    )
v.                                                 )
                                                    )
WENDY'S INTERNATIONAL, LLC.  )
    Defendant.                            )
_____)

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

## **PARTIES**

1. The Plaintiff, Sandra Wood ("Plaintiff"), is a citizen of the Commonwealth of Massachusetts and resides in Medford, Middlesex County, Commonwealth of Massachusetts.

2. The Defendant, Wendy's International, LLC. ("Wendy's"), is a Foreign Limited Liability Company with a principal office located at 1 Dave Thomas Blvd., Dublin, Ohio 43017.

3. At all times material hereto, Wendy's owned, leased, managed, controlled, occupied, possessed, maintained, and/or had the right to control the Wendy's located at 330 Middlesex Ave, Medford, Massachusetts (the "Premises").

## **COUNT 1 - NEGLIGENCE – WENDY'S INTERNATIONAL, LLC.**

4. The Plaintiff incorporates by reference paragraphs 1-3 of this Complaint.

5. At all times relevant to this Complaint, the Plaintiff was legally at the Premises.

6. At all times relevant to this Complaint, Wendy's was legally responsible for all management, maintenance, and repairs to the Premises.

7. On or about, November 13, 2021 while lawfully on the Premises, the Plaintiff was seriously

injured as a result of the negligence of Wendy's: the Plaintiff was caused to slip and fall due to the Wendy's failure to exercise due care in maintaining the premises and its failure to post any signs and/or cones warning of the wet, slippery substance on or around the women's restroom inside the Premises.

8. At all times material hereto, Wendy's, through its principals, agents, servants, employees, and/or representatives, was negligent and careless as to the Plaintiff in one or more of the following ways:

   a. in failing to maintain the Premises in a reasonably safe and proper condition for the Plaintiff;

   b. in failing to adequately warn the Plaintiff of the unsafe condition that caused the Plaintiff's Incident;

   c. in failing to erect barriers or other structures to prevent the Plaintiff from coming in contact with the unsafe condition;

   d. in other ways not yet known to the Plaintiff but that might be discovered as the case progresses.

9. The aforementioned incident was caused solely and exclusively by reason of the negligence of Defendant, individually and/or through their agents, servants or employees, and was caused in no manner whatsoever by any act or failure to act on the part of the Plaintiff.

10. Wendy's acts and/or omissions constitute a breach of the duty of due care owed to the Plaintiff.

11. As a result of the negligence of Wendy's herein, the Plaintiff was seriously injured, to wit: including, but not limited to injuring her dominant (right) shoulder, as well as sustaining other serious and diverse personal injuries, some or all of which may be permanent in

nature.

12. As a further result of the negligence of Wendy's herein, the Plaintiff has endured a great expense for medical treatment, and will for an indefinite time in the future be obliged to expend further monies in an effort to cure herself of the injuries she has suffered, all to her great detriment and loss.

13. As a direct and proximate result of the Wendy's breach of the duty of due care, and of the Wendy's negligence and carelessness, the Plaintiff has suffered, and continues to suffer, bodily injury along with other compensable harms and losses.

**WHEREFORE**, the Plaintiff, Sandra Wood, demands judgment as against Wendy's in full, fair, and adequate amount to compensate the Plaintiff for all of the Plaintiff's Incident-related harms and losses, together with interest and costs.

## JURY DEMAND

The Plaintiff hereby claims her right to a trial by jury of all claims so triable asserted at any time, and of all defenses asserted at any time by any current or future-named defendant.

Respectfully submitted,

The Plaintiff,
SANDRA WOOD,

_____
Alexander L. Zodikoff, BBO#: 698670
Morgan & Morgan
155 Federal Street
Boston, MA 02110
T: 857-383-4902
F: 857-383-4927
AZodikoff@forthepeople.com

Dated: January 31, 2022